IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KENNETH M. ZINK,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No. 4:24-cv-9-AW-MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS,** *et al.*,

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 24) and incorporate it into this order. I have considered de novo the issues raised in Plaintiff's objections (ECF No. 27), and those objections are overruled.

As the magistrate judge explains, Plaintiff did not truthfully disclose his full litigation history, and that warrants dismissal without prejudice. Plaintiff says in his objection that he was unaware of one of the dismissals, but he is responsible for keeping up with his litigation.

The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), for maliciousness and abuse of the judicial process." The clerk will then close the file.

1

SO ORDERED on September 3, 2024.

                                       s/ *Allen Winsor*
                                       United States District Judge